FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00434-CV

IN RE UNITED FOOD AND
COMMERCIAL WORKERS
INTERNATIONAL UNION,
ORGANIZATION UNITED FOR
RESPECT AT WALMART, NORTH
TEXAS JOBS WITH JUSTICE,
LESTER EUGENE LANTZ, AND
DOES 1-10

REALTORS

------------

## ORIGINAL PROCEEDING

------------

## **ORDER**

------------

We have considered the "Agreed Motion To Enlarge Time For Oral Argument" in the above referenced case and in cause number 02-13-00353-CV.

The motion is **GRANTED**. Relators/appellants and real parties in interest/appellees will each have a total of thirty (30) minutes for oral argument with relators/appellants having an additional five (5) minutes for rebuttal.

2

The clerk of this court is directed to transmit a copy of the order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED January 27, 2014.

PER CURIAM